UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 7A

```
Hanon Systems Alabama Corp.

                            Plaintiff,
                                              Court No. 23-00269
       v.
United States

                            Defendant.
```

# NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 01/22/2024

Kristen S. Smith
Attorney for Plaintiff
Sandler, Travis & Rosenberg, P.A.
1300 Pennsylvania Avenue, N.W., Suite 400
Street Address
Washington, D.C. 20004
City, State and Zip Code
(202) 730-4965
Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: January 22, 2024        Clerk, U. S. Court of International Trade

                               By: /s/ Jason Chien
                                      Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 23-00269 | Hanon Systems Alabama Corp. |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: January 22, 2024

Clerk, U. S. Court of International Trade

By: /s/ Jason Chien
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)